UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

**CIVIL ACTION NO. 07-356-JBC**

**RONALD RAY NELSON,** **PETITIONER,**

**V.** **ORDER**

**JAMES SWEATT, Warden** **RESPONDENT.**

\* \* \* \* \* \* \* \* \* \*

This matter is before the court upon the Report and Recommendation of United States Magistrate Judge James B. Todd (DE 8), to which the parties have not objected. When the parties to an action do not object to the Magistrate Judge's report, the district court judge may give deference to the Report and Recommendation. *Thomas v. Arn*, 474 U.S. 140, 151-52 (1985). After reviewing the record, the court concurs with the result recommended by the Magistrate Judge. Accordingly,

**IT IS ORDERED** that the Report and Recommendation (DE 5) is **ADOPTED** as the opinion of the court.

**IT IS FURTHER ORDERED** that the respondent's motion for summary judgment (DE 5) is **GRANTED**, that the petitioner's habeas petition is **DISMISSED**, and that this action is **DISMISSED** and **STRICKEN** from the docket.

1

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**, as the petitioner has failed to make a substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2283(c)(1). Reasonable jurists would not find either debatable or wrong the assessment herein of the petitioner's constitutional claims regarding the sufficiency of the evidence to support a finding that he satisfied the elements of (1) burglary or (2) theft by unlawful taking over $300.

Signed on  August 19, 2008

JENNIFER B. COFFMAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCY